IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL MUSIC GmbH d/b/a BRAVADO, | ) |
| | ) Case No. 20-cv-4157 |
| Plaintiff, | ) |
| | ) Judge Gary Feinerman |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT ORDER**

This action having been commenced by UNIVERSAL MUSIC GmbH d/b/a BRAVADO ("Plaintiff" or "VOLBEAT") against the defendants identified in attached First Amended Schedule A using certain Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in First Amended Schedule A (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, through the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, such notice being reasonably calculated under all circumstances to apprise Defaulting Defendants of

the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase counterfeit products bearing or employing the VOLBEAT Trademark.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:
    a. using the VOLBEAT Trademark in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine

    VOLBEAT product or is not authorized by Plaintiff to be sold in connection with the VOLBEAT Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine VOLBEAT product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the VOLBEAT Trademark;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the VOLBEAT Trademark and damaging Plaintiff's goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear or employ any of the VOLBEAT Trademark;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

g. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing or employing the VOLBEAT Trademark that is not a genuine VOLBEAT

        Product or is not authorized by Plaintiff to be sold in connection with the VOLBEAT Trademark.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces including iOffer, DHgate social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within ten (10) business days of receipt of this Order:

   a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the VOLBEAT Trademark, including any accounts associated with the Defaulting Defendants listed in First Amended Schedule A attached hereto;

   b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the VOLBEAT Trademark; and

   c. take all steps necessary to prevent links to the Defendant Domain Names identified in First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff are awarded statutory damages from each of the Defaulting Defendants Counts I, II and III of the Complaint in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for the willful use of the VOLBEAT Trademark on counterfeit products sold through at least the Defendant Internet Stores.

4. DHgate shall, within ten (10) business days of receipt of this Order, release to Plaintiff all monies currently restrained in Defaulting Defendants' financial accounts held by DHgate as partial payment of the above-identified damages.

5. In the event that Plaintiff identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 1 to the Declaration of Alexa Struck and any e-mail addresses provided for Defaulting Defendants by third parties.

6. The ten thousand-dollar ($10,000) surety bond posted by Plaintiff, including any interest minus the registry fee, is hereby released. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

Dated: March 9, 2021

_____
The Honorable Gary Feinerman
United States District Court Judge

**FIRST AMENDED SCHEDULE A**

| Doe | Seller Name |
|---|---|
| 1 | amesion85 |
| 2 | yubin11 |
| 3 | yubin1 |
| 4 | yuxin0002 |
| 5 | funnyteesstore |
| 6 | lijian58 |
| 7 | pingguo5 |
| 8 | jie033 |
| 9 | lijian066 |
| 10 | happycup |
| 11 | hx2093673809 |
| 12 | lijian70 |
| 13 | yubin10 |
| 14 | gali2 |
| 15 | jie45 |
| 16 | futurename |
| 17 | shangshenglingshig |
| 18 | caisemao1 |
| 19 | gali1 |
| 20 | jie038 |
| 21 | wenlong1 |
| 22 | jie032 |
| 23 | lijian034 |
| 24 | amesion05ljl |
| 25 | linnan007 |
| 26 | jie039 |
| 27 | lijian046 |
| 28 | fishclub |
| 29 | tigerball |
| 30 | linnan00002 |
| 31 | zhangjingxin27 |
| 33 | torymi |
| 34 | yoursuger |
| 35 | A76538300 |
| 36 | adidascup |
| 37 | adidastshirt |
| 38 | ahourstore |
| 39 | allin1cases |
| 40 | allweshop |
| 41 | alturasthreads |
| 42 | amazingdown |
| 43 | amesion02 |
| 44 | amesion09ljl |
| 45 | amesion2409 |

| 46 | amesion2508 |
|---|---|
| 47 | amesion30 |
| 48 | amesion41 |
| 49 | amesion46 |
| 50 | amesion47 |
| 51 | amesion59 |
| 52 | amesion60 |
| 53 | amesion82 |
| 54 | amesion86 |
| 55 | amesion92 |
| 56 | Angeltshirt |
| 57 | Armanitshirt |
| 58 | baishi1 |
| 59 | baishi10 |
| 60 | baishi2 |
| 61 | baishi5 |
| 62 | banbostore |
| 63 | banwanyue2 |
| 64 | bincheng1 |
| 65 | bincheng2 |
| 66 | bincheng5 |
| 67 | bincheng6 |
| 68 | bincheng7 |
| 69 | bincheng8 |
| 70 | bincheng9 |
| 71 | biyue1 |
| 72 | biyue4 |
| 73 | biyue7 |
| 74 | biyue8 |
| 75 | biyue9 |
| 76 | brandsupply |
| 77 | burberrytshirt |
| 78 | caisemao08 |
| 79 | chaneltshirts |
| 80 | Classicclobber |
| 81 | clothing_dealss |
| 82 | cloudtshirt |
| 83 | colourfashion |
| 84 | conbostore |
| 85 | Dappachappy |
| 86 | ddgxx |
| 87 | deepseastation |
| 88 | demierrr |
| 89 | designlife |
| 90 | diortshirts |
| 91 | dragonballtshirt |
| 92 | eatipstore |
| 93 | fanyumaoyi02 |

| 94 | fanyumaoyi03 |
|---|---|
| 95 | fanyumaoyi06 |
| 96 | fanyumaoyi07 |
| 97 | fanyumaoyi09 |
| 98 | fanyumaoyi10 |
| 99 | Fayshowstore |
| 100 | fgtt119 |
| 101 | fightershop |
| 102 | fittingstore |
| 103 | fourcup |
| 104 | free_will_shirts |
| 105 | funnybonetees |
| 106 | funnymentee |
| 107 | funnytee |
| 108 | funnytshirt |
| 109 | futuretshirts |
| 110 | gali4 |
| 111 | gali5 |
| 112 | gali7 |
| 113 | gali8 |
| 114 | gaobei06 |
| 115 | gaobei07 |
| 116 | Geshstore |
| 117 | gooddonnedmyg |
| 118 | goodyuns |
| 119 | gucciteeshirt |
| 120 | guccitshirts |
| 121 | hahaonecup |
| 124 | italynest |
| 125 | jie030 |
| 126 | jie037 |
| 127 | jie2 |
| 128 | jie21 |
| 129 | jie4 |
| 130 | jie40 |
| 131 | jie42 |
| 132 | jie46 |
| 133 | jie51 |
| 134 | jie53 |
| 135 | jie56 |
| 136 | jie58 |
| 137 | jie59 |
| 138 | jie9 |
| 139 | jingyan002 |
| 140 | jingyan004 |
| 141 | jingyan006 |
| 142 | jingyan008 |
| 143 | jingyan009 |

| | |
|---|---|
| 144 | ktmsky |
| 145 | ktmtshirt |
| 146 | lanshiren5 |
| 147 | leektg |
| 148 | lifeiscrap |
| 149 | liguo0029 |
| 150 | liguo0035 |
| 151 | liguo0036 |
| 152 | liguo0042 |
| 153 | liguo0048 |
| 154 | liguo0054 |
| 155 | liguo0059 |
| 156 | lijain91 |
| 157 | lijian035 |
| 158 | lijian036 |
| 159 | lijian04 |
| 160 | lijian044 |
| 161 | lijian047 |
| 162 | lijian062 |
| 163 | lijian063 |
| 164 | lijian069 |
| 165 | lijian17 |
| 166 | lijian18 |
| 167 | lijian53 |
| 168 | lijian56 |
| 169 | lijian59 |
| 170 | lijian73 |
| 171 | lijian74 |
| 172 | lijian76 |
| 173 | lijian84 |
| 174 | lijian85 |
| 175 | lijian86 |
| 176 | lijian87 |
| 177 | linnan00004 |
| 178 | linnan00009 |
| 179 | linnan0001 |
| 180 | linnan0002 |
| 181 | linnan0007 |
| 182 | linnan001 |
| 183 | linnan0010 |
| 184 | linnan005 |
| 185 | ll_shop |
| 186 | lm31tshirt |
| 187 | lm32tshirt |
| 188 | Lontimestore |
| 190 | lvtee |
| 191 | lvtshirts |
| 192 | margat |

| | |
|---|---|
| 193 | mayshowstore |
| 194 | menstshirts44 |
| 195 | mhostore |
| 196 | micky_tees |
| 197 | mochostore |
| 198 | Moilystore |
| 199 | Mvptshirt |
| 200 | nikecup |
| 201 | nikktm |
| 202 | peng02 |
| 203 | peng04 |
| 204 | Pepitaprint |
| 205 | pianetaoutlet |
| 206 | Pingcup |
| 207 | pingguo1 |
| 208 | pingguo2 |
| 209 | Pingguo4 |
| 210 | pingguo6 |
| 211 | pingguo8 |
| 212 | pingguo99 |
| 213 | pradateeshirt |
| 214 | pradatshirts |
| 215 | Printee |
| 216 | printshirts |
| 217 | qz106152964 |
| 218 | Qz1409088365 |
| 219 | qz1538381382 |
| 220 | qz2878193779 |
| 221 | qz3183389644 |
| 222 | qz710418820 |
| 223 | restdaystore |
| 224 | revolvertees |
| 225 | Shirt Club |
| 226 | shirtmall |
| 227 | shirtquarters |
| 228 | shirts164d1 |
| 229 | shitan10 |
| 230 | Shitan8 |
| 231 | Shop4you2018 |
| 232 | sillyboytshirts |
| 233 | societhirty |
| 234 | spidermantees |
| 235 | spreadsshirt |
| 236 | supertoyou |
| 237 | tee_spirit |
| 238 | teegood |
| 239 | tees1988 |
| 240 | teespringsshirtee |

| | | |
|---|---|---|
| 241 | topclassaa | |
| 242 | tshirtkidd | |
| 243 | twicecup | |
| 244 | upcup | |
| 245 | valentinoteeshirt | |
| 246 | valentinotshirts | |
| 247 | versacetshirt | |
| 248 | vistaprinthirt | |
| 249 | wayslestore | |
| 250 | wellcup | |
| 251 | xm23tshirt | |
| 252 | xsy17tshirt | |
| 253 | Xsy18tshirt | |
| 254 | xsy19tshirt | |
| 256 | yage_shop | |
| 257 | yellowcup | |
| 258 | yg02tshirt | |
| 259 | yg03tshirt | |
| 260 | yg05tshirt | |
| 261 | yg06tshirt | |
| 262 | yg08tshirt | |
| 264 | yohistore | |
| 265 | yubin01 | |
| 266 | yubin02 | |
| 267 | yubin03 | |
| 268 | yubin08 | |
| 269 | yubin09 | |
| 270 | yunwa01 | |
| 271 | yunwa02 | |
| 272 | yuxin0001 | |
| 273 | yuxin0003 | |
| 274 | yuxin0006 | |
| 275 | yuxin0008 | |
| 276 | yuxin0010 | |
| 277 | yuxin002 | |
| 278 | yuxin005 | |
| 279 | yuxin007 | |
| 280 | yuxin008 | |
| 281 | yuxin07 | |
| 282 | yuxin10 | |
| 283 | zhangjingxin | |
| 284 | zhangjingxin01 | |
| 285 | zhangjingxin04 | |
| 286 | zhangjingxin05 | |
| 287 | zhangjingxin08 | |
| 288 | zhangjingxin2 | |
| 289 | zhangjingxin25 | |
| 290 | zhangjingxin35 | |

| | |
|---|---|
| 291 | zy88stees |
| 293 | bmw8090 |
| 294 | lazsell |
| 295 | shinning168 |